**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Ainoon Rupani and Ejaz Rupani, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 16 CV 5862 |
| | ) | |
| SOHA, Inc., an Illinois Corporation, | ) | Honorable Elaine E. Bucklo |
| and Noorallah J. Alimohammed, | ) | |
| Individually, | ) | Magistrate Judge Rowland |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

**STIPULATION OF DISMISSAL**

In accordance with the settlement agreement reached by the parties, Plaintiffs Ainoon and Ejaz Rupani and Defendants SOHA, Inc. and Noorallah J. Alimohammed, by their respective undersigned counsel, hereby stipulate to a dismissal of this matter without prejudice to convert to a dismissal with prejudice on October 26, 2017 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

Respectfully submitted this 1st day of August 2017.

| | |
|---|---|
| AINOON AND EJAZ RUPANI, Plaintiffs. | SOHA, INC. AND NOORALLAH J. ALIMOHAMMED, Defendants. |
| By: /s/ Amy S. Cramer | By: /s/ John Billhorn |
| Amy S. Cramer<br>Cramer Law Chicgo, P.C.<br>180 N. LaSalle St. #3700<br>acramer@cramerlawchicago.com<br>***Attorney for Plaintiffs*** | John Billhorn<br>Billhorn Law Firm<br>53 W. Jackson Blvd.<br>Suite 840<br>Chicago, IL 60604<br>jbillhorn@billhornlaw.com<br>***Attorney for Defendants*** |